IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHAPTER 4 CORP., <br><br> Plaintiff, <br><br> v. <br><br> ZENG JIA HONG, et al., <br><br> Defendants. | Case No. 19-cv-07931 <br><br> **Judge John Z. Lee** <br><br> **Magistrate Judge Maria Valdez** |

**NOTICE OF DISMISSAL UNDER RULE 41(a)(1)**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Chapter 4 Corp. ("Plaintiff") hereby dismisses this action, with leave to reinstate within one hundred and eighty (180) days, as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| Cong fee Store | 44 |
| Dovera Direct | 109 |
| Kolss | 117 |
| LBOS | 118 |
| Moqian | 119 |
| WorldWide Co.,ltd | 124 |
| XunMei2018 | 125 |
| exclusive_8 | 131 |
| spidercostume_7 | 150 |

Dated this 10th day of February 2020.

Respectfully submitted,

/s/ Allyson M. Martin
Amy C. Ziegler
Justin R. Gaudio
Allyson M. Martin
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartin@gbc.law

*Counsel for Plaintiff Chapter 4 Corp.*