**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CHAPTER 4 CORP., <br><br> Plaintiff, <br><br> v. <br><br> ZENG JIA HONG, et al., <br><br> Defendants. | Case No. 19-cv-07931 <br><br> **Judge John Z. Lee** <br><br> **Magistrate Judge Maria Valdez** |

### SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on February 13, 2020 [60], in favor of Plaintiff Chapter 4 Corp. ("Plaintiff") and against the Defendants Identified in Schedule A in the amount of fifty thousand dollars ($50,000) per Defaulting Defendant for willful use of counterfeit SUPREME Trademarks in connection with the offer for sale and/or sale of products through at least the Defendant Internet Stores, and Supreme acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| Shop5253017 Store | 92 |
| Shop5260226 Store | 93 |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendants are hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated this 10th day of September 2020.　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ Allyson M. Martin
　　　　　　　　　　　　　　　　　　Amy C. Ziegler
　　　　　　　　　　　　　　　　　　Justin R. Gaudio
　　　　　　　　　　　　　　　　　　Allyson M. Martin
　　　　　　　　　　　　　　　　　　Greer, Burns & Crain, Ltd.
　　　　　　　　　　　　　　　　　　300 South Wacker Drive, Suite 2500
　　　　　　　　　　　　　　　　　　Chicago, Illinois 60606
　　　　　　　　　　　　　　　　　　312.360.0080 / 312.360.9315 (facsimile)
　　　　　　　　　　　　　　　　　　aziegler@gbc.law
　　　　　　　　　　　　　　　　　　jgaudio@gbc.law
　　　　　　　　　　　　　　　　　　amartin@gbc.law

　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff Chapter 4 Corp.*